IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CONNIE WARNER, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | No. 3:23-CV-1286-E | |
| § | | |
| EQUIFAX INFORMATION § | | |
| SERVICES LLC, *et al.*, § | | |
| Defendants. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation ("FCR") to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** Defendant Trans Union's Rule 12(c) motion for judgment on the pleadings, (Dkt. No. 32).

**SO ORDERED**, this 5th day of March, 2025.

Ada Brown
UNITED STATES DISTRICT JUDGE